## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAVAL ANTHONY GREEN** | **CIVIL ACTION** |
| **VERSUS** | **NO.  26-1174** |
| **OCHSNER MEDICAL CENTER** | **SECTION "H" (5)** |

### ORDER

The Court, having considered the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice as legally frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 27th day of July, 2026.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**